MARRERO, S.

Nov 19 2007 12:34PM  HP LASERJET FAX                                    p.2
11/19/2007 11:05 FAX              SEYFARTH SHAW                         ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

NEPHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6 :   07-CV-9560 (VSM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                            Plaintiffs,

    - against -

C.S. BROWN, INC.,

                            Defendant.
------------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-19-07

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including December 18, 2007.

Dated: New York, New York
       November 19, 2007

BARNES, IACCARINO                           Respectfully submitted,
VIRGINIA, AMBINDER
& SHEPHERD, PLLC                            SEYFARTH SHAW LLP

By_____                   By_____
Charles R. Virginia, Esq. (CV 8214)         Paul Galligan, Esq. (PG 3083)
111 Broadway, Suite 1403                    620 Eighth Avenue, Suite 3200
New York, New York 10006                    New York, New York 10018
(212) 943-9080                              (212) 218-5500
Attorneys for Plaintiffs                    Attorneys for Defendant

SO ORDERED: _____

_____
The Honorable Victor Marrero
United States District Judge

NY1 26491495.1