UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC - 1265

NEPHTY CRUZ ET AL

Plaintiff(s)

Index #: 07 CIV 9560

- against -

Date Filed:

C.S. BROWN, INC.

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

WILLIAM MORRISON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on November 1, 2007 at 02:00 PM at

12 EAST TREMONT AVENUE
BRONX, NY10453

deponent served the within true copy of the SUMMONS & COMPLAINT on C.S. BROWN, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. JOHN SMITH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said  defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | TAN | BLACK | 35 | 5'7 | 160 |

Mr. John Smith, true name unknown said name fictitious, said name intended being the managing (or general) agent of defendant/respondent described as above and refusing to give name at time of service.

Sworn to me on:  November 2, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**WILLIAM MORRISON**
License #: 870436
Docket #: 518724