Jan 18 2008 9:47AM    HP LASERJET FAX                                              p.2
01/17/2008 06:21 FAX            SEYFARTH SHAW                              ☒002/002

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
NEPHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6 :   07-CV-9560 (VSM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                                Plaintiffs,
        - against -

C.S. BROWN, INC.,
                                Defendant.
--------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including February 18, 2008.

Dated:  New York, New York
        January 17, 2008

                                                Respectfully submitted,

BARNES, IACCARINO                               SEYFARTH SHAW LLP
VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By _____                      By _____
Charles R. Virginia, Esq. (CV 8214)             Paul Galligan, Esq. (PG 3083)
111 Broadway, Suite 1403                        620 Eighth Avenue, Suite 3200
New York, New York 10006                        New York, New York 10018
(212) 943-9080                                  (212) 218-5500
Attorneys for Plaintiffs                        Attorneys for Defendant

SO ORDERED: _____
           The Honorable Victor Marrero
           United States District Judge

NY1 26499161.1