Feb 19 2008 10:24AM    HP LASERJET FAX

02/15/2008 04:40 FAX              SEYFARTH SHAW                    @002/002

MARRERO, 5.
p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

NEFHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6 :  07-CV-9560 (VSM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                                Plaintiffs,

            - against -

C.S. BROWN, INC.,

                                Defendant.

------------------------------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including March 17, 2008.

Dated: New York, New York
        February 18, 2008

                                                        Respectfully submitted,

BARNES, IACCARINO                            SEYFARTH SHAW LLP
VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By_____                      By_____
Charles R. Virginia, Esq. (CV 8214)            Paul Galligan, Esq. (PG 3053)
111 Broadway, Suite 1403                  620 Eighth Avenue, Suite 3200
New York, New York 10006              New York, New York 10018
(212) 943-9080                                    (212) 218-5500
Attorneys for Plaintiffs                         Attorneys for Defendant

SO ORDERED: 19 February 2008
_____
The Honorable Victor Marrero
United States District Judge

NYI 26502552.1