Mar 18 2008 9:42AM   HP LASERJET FAX
03/18/2008 22:58 FAX           SEYFARTH SHAW                              ☒002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

NEPHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6 : 07-CV-9560 (VSM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                    Plaintiffs,

- against -

C.S. BROWN, INC.,

                    Defendant.

-----------------------------------

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19-08

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including April 17, 2008.

Dated: New York, New York
      March 17, 2008

                                                  Respectfully submitted,

BARNES, IACCARINO                      SEYFARTH SHAW LLP
VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By_____              By_____
Charles R. Virginia, Esq. (CV 8214)       Paul Galligan, Esq. (PG 3083)
111 Broadway, Suite 1403                   620 Eighth Avenue, Suite 3200
New York, New York 10006               New York, New York 10018
(212) 943-9080                                   (212) 218-5500
Attorneys for Plaintiffs                        Attorneys for Defendant

SO ORDERED: 19 March 2008

_____
The Honorable Victor Marrero
United States District Judge

NY1 26506357.1