Apr 17 2008 11:23AM  HP LASERJET FAX

MARRERO, S,

P.2

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NEPHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6    :   07-CV-9560 (VSM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                        Plaintiffs,

- against -

C.S. BROWN, INC.,

                        Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including May 16, 2008.

Dated:  New York, New York
       April 17, 2008

                                                    Respectfully submitted,

BARNES, IACCARINO                      SEYFARTH SHAW LLP
VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By /s/ Kellie Teresa Walker                 By /s/ Paul Galligan
Kellie Teresa Walker, Esq. (KW 5981)     Paul Galligan, Esq. (PG 3083)
Charles R. Virginia, Esq. (CV 8214)      620 Eighth Avenue, Suite 3200
111 Broadway, Suite 1403                New York, New York 10018
New York, New York 10006             (212) 218-5500
(212) 943-9080                                Attorneys for DefendanT
Attorneys for Plaintiffs

SO ORDERED: 21 April 2008

_____
The Honorable Victor Marrero
United States District Judge