MARRERO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-27-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- x
NEPHTY CRUZ and MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN and THE DISTRICT 6 :   07-CV-9560 (VM)
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN

                        Plaintiffs,

    - against -

C.S. BROWN, INC.,

                        Defendant.
-------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Nephty Cruz and Michael Balletto, as Trustees of the District 6 Health and Pension Plan and defendant C.S. Brown Inc., through its counsel, subject to the approval of the Court, that defendant's time to answer, move or otherwise respond with respect to the Complaint in the above-captioned action shall be extended up to and including June 19, 2008.

Dated: New York, New York
       May 20, 2008

Respectfully submitted,

BARNES, IACCARINO
VIRGINIA, AMBINDER
& SHEPHERD, PLLC

By /s/ Kellie Walker
Kellie Terese Walker, Esq. (KW 5981)
Charles R. Virginia, Esq. (CV 8214)
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
Attorneys for Plaintiffs

Respectfully submitted,

SEYFARTH SHAW LLP

By /s/ Paul Galligan
Paul Galligan, Esq. (PG 3083)
620 Eighth Avenue, Suite 3200
New York, New York 10018
(212) 218-5500
Attorneys for Defendant

SO ORDERED: 27 May 2008

/s/ Victor Marrero
The Honorable Victor Marrero
United States District Judge

NY1 26514828.1