```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------- X
TRUSTEE NEPHTY CRUZ, et al.,      :
                                  :    07 Civ. 9560 (VM)
            Plaintiffs,           :
                                  :
     -against-                    :         ORDER
                                  :
C.S BROWN, INC.,                  :
                                  :
            Defendant.            :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that service of process was made on defendant herein on November 1, 2007 and that the answer to the complaint was due by June 19, 2008, following several extensions granted by the Court.  The Court's public file for this case contains no record that such answer has been made.  Accordingly, it is hereby

**ORDERED** that plaintiffs herein are directed to inform the Court by July 28, 2008 of the status of this matter and plaintiffs' contemplation with respect to further proceedings in this case.  In the event no timely response to this Order is submitted the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           23 July 2008

                                   VICTOR MARRERO
                                     U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-23-08