# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
MICHAEL J. DESANTIS*
DANA HENKE^
DEVIN KARAS**
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
EMILY ROSCIA
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

65 Route 34, Suite 204A
Colts Neck, New Jersey 07722
(732) 837-2797
Fax (732) 431-4167

\* Only Admitted in NJ
\*\* Also Admitted in NJ
\*\*\* Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

July 28, 2008

**VIA ECF & U.S. MAIL**

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:    <u>Nephty Cruz et al. v. C.S. Brown, Inc., 07 Civ. 9560</u>

Dear Judge Marrero:

      This firm represents the plaintiff trustees in the above-referenced matter. Your Honor recently directed plaintiffs to file a status report with the Court by July 28, 2008.

      I write to advise that the parties reached a settlement in principle and agreed on settlement documents that are now being distributed for execution. Upon receipt, plaintiffs will file fully executed settlement documents with the Court.

      Thank you for your attention.

                                                               Respectfully submitted,

                                                               /s/

                                                             Charles R. Virginia

CRV:jw
cc: Paul H. Galligan, Esq.