USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TRUSTEE NEPHTY CRUZ, et al.,         :
                                     :
                    Plaintiffs,      :     07 Civ. 9560 (VM)
                                     :
    - against -                      :     **CONDITIONAL
                                     :     ORDER OF DISCONTINUANCE**
C.S BROWN, INC.,                     :
                                     :
                    Defendant.       :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiffs, on behalf of the parties, having notified the Court, by letter dated July 28, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the

plaintiff's application for reinstatement, to schedule remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         29 July 2008

                                        VICTOR MARRERO
                                        U.S.D.J.

# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
MICHAEL J. DESANTIS*
DANA HENKE^
DEVIN KARAS**
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
EMILY ROSCIA
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

July 28, 2008

258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

65 Route 34, Suite 204A
Colts Neck, New Jersey 07722
(732) 837-2797
Fax (732) 431-4167

\* Only Admitted in NJ
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD

### VIA ECF & U.S. MAIL

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: <u>Nephty Cruz et al. v. C.S. Brown, Inc., 07 Civ. 9560</u>

Dear Judge Marrero:

This firm represents the plaintiff trustees in the above-referenced matter. Your Honor recently directed plaintiffs to file a status report with the Court by July 28, 2008.

I write to advise that the parties reached a settlement in principle and agreed on settlement documents that are now being distributed for execution. Upon receipt, plaintiffs will file fully executed settlement documents with the Court.

Thank you for your attention.

Respectfully submitted,

/s/

Charles R. Virginia

CRV:jw
cc: Paul H. Galligan, Esq.